United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAWIT MICHAELE ALEM, | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-05008 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Respondents provided a status update reflecting that they plan to remove the petitioner by the end of November 2026. Doc. No. 12. Petitioner represents that he does not oppose the removal but also indicates that he re-urges his claim under *Zadvydas* if Respondents are unable to remove him at that time. Doc. No. 13.

Accordingly, the Court **ORDERS** that, by **December 4, 2026**, Respondent shall file an update stating whether the petitioner has been removed and, if he is not removed by that date, whether his removal is significantly likely in the reasonably foreseeable future. Petitioner may respond to the update within seven days of its filing.

SIGNED this 23rd day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE